[EDITOR'S NOTE: This case is unpublished as indicated by the issuing court.]
DECISION ON DEFENDANT'S MOTION FOR BILL OF COSTS
Costs to the defendant may be allowed as follows:
 Indemnity to Prevailing Party ------------------------------ All proceedings before trial $ 50.00 Trial of an issue of law or fact 75.00 Trial of Difficult Case 100.00 Jury Fee 100.00 Photographic Enlargement of 290.99 Medical Records CT Page 10984 Investigation fees (Dr. New) 200.00
 Depositions ----------- Arnold Rossi, M.D. $ 30.00 Roland Grenier 30.00 Marcia Grenier 30.00 Kristin Grenier 30.00
 Expert Fees ----------- William Sweet, M.D. (Trial Testimony) 4,000.00 William Sweet, M.D. (Travel Time) 1,000.00
 Sheriffs' Fees -------------- Subpoenas 214.05 --------- $6,150.04
No costs allowed in regard to Kristin Grenier. (Daniels v. Board of Education, 166 Conn. 325)
Frances Allen State Judge Referee